IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action No. 4:26-cv-03062 |
| | § | |
| KARIE BOGART AND | § | |
| MELANGE PAINTS, LLC | § | |
| (N/K/A LEGACY PAINTS, LLC), | § | |
| | § | |
| Defendants. | § | |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Scheduling Conference and Disclosure of Interested Parties (ECF 3), Plaintiff Graebyrd Ventures, LLC certifies that the following persons and entities are financially interested in the outcome of this litigation. No listed entity is a publicly traded corporation.

1.  **Graebyrd Ventures, LLC** — Plaintiff; a Texas limited liability company. Its sole member is Morgan Marchingo.

2.  **Morgan Marchingo** — sole member and manager of Plaintiff; an individual and citizen of Texas.

3.  **Karie Bogart** — Defendant; an individual residing in Kansas.

4.  **Legacy Paints, LLC, f/k/a Melange Paints, LLC** — Defendant; a Kansas limited liability company. On information and belief, its sole member is Karie Bogart.

5.  Out of an abundance of caution, Plaintiff notes that Defendants have identified the following non-parties as potentially interested in the outcome (ECF 16): **Ryan Marshall Schaub** (an individual) and **Mélange Paints LLC (Texas)**. Plaintiff is the assignee and

**Plaintiff's Certificate of Interested Parties**                                    **Page 1 of 2**

successor-in-interest to the asserted rights and does not concede that these non-parties hold a continuing financial interest in the outcome.

As required by the Court's Order, Plaintiff states the citizenship of the members of the unincorporated party entities: the sole member of Plaintiff Graebyrd Ventures, LLC, Morgan Marchingo, is a citizen of Texas; and, on information and belief, the sole member of Defendant Legacy Paints, LLC, Karie Bogart, is a citizen of Kansas. Plaintiff will promptly file an amended certificate if additional interested persons or entities are identified.

Respectfully submitted,

 /Brandon J. Leavitt/
**Brandon James Leavitt**
Texas Bar No. 24078841
S.D. Tex. Bar No. 3070683
(214) 727-2055
brandon@uslawpros.com
LEAVITT AND ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, Texas 76017
**Attorney-in-Charge for Plaintiff**
**Graebyrd Ventures, LLC**

### CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on the date of filing, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record.

**Plaintiff's Certificate of Interested Parties**                                                     **Page 2 of 2**