IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | **Civil Action No. 4:26-cv-03062** |
| | § | |
| **KARIE BOGART AND** | § | |
| **MELANGE PAINTS, LLC** | § | |
| **(N/K/A LEGACY PAINTS, LLC),** | § | |
| | § | |
| Defendants. | § | |

**SCHEDULING ORDER**

The disposition of this case will be controlled by the following schedule:

The parties agree that all deadlines set forth below are subject to revision following the Court's rulings on the pending motions under Rule 12 (ECF 7–10).

| | |
|---|---|
| **Subject to Resolution of 12b Motions** | **Motions to Add New Parties** <br> The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party. |
| **Subject to Resolution of 12b Motions** | **Motions for Leave to Amend Pleadings** <br> Any party seeking leave to amend pleadings after this date must show good cause. |
| **Subject to Resolution of 12b Motions** | **Experts (Other than Attorney's Fees)** <br> The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| **Subject to Resolution of 12b Motions** | **Responsive Expert Designations** <br> The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| **Subject to Resolution of 12b Motions** | **Completion of Discovery** <br> Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may continue discovery beyond the deadline by agreement. |

**Scheduling Order** **Page 1 of 2**

| | |
|---|---|
| **Subject to Resolution of 12b Motions** | **Pretrial Motions Deadline (Except for Motions in Limine)**<br>No motion may be filed after this date except for good cause. This includes motions to exclude experts. |
| **Subject to Resolution of 12b Motions** | **Mediation or Settlement Conference**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| **Subject to Resolution of 12b Motions** | **Joint Pretrial Order and Motion in Limine Deadline**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure, using the forms provided on the Court's website. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Exhibit lists, witness lists, and proposed deposition excerpts may not be amended or supplemented after this date except by agreement. |
| **Subject to Resolution of 12b Motions** | **Docket Call**<br>Docket Call will be held at 2:00 p.m. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable. |

9.  **Additional orders relating to disclosures, discovery, or pretrial motions:**

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers, including any motion to compel, to quash, for protection, or for extension. Lead counsel must personally confer on all discovery and scheduling disputes as a final attempt at resolution before involving the Court, and the party seeking relief must submit a letter not exceeding two pages as provided in the Court's Order (ECF 3 ¶ 6). The parties request no additional orders at this time.

IT IS SO ORDERED.

Signed this _____ day of _____, 2026.

_____
NICHOLAS J. GANJEI
UNITED STATES DISTRICT JUDGE

4925-4643-3974, v. 1