**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03062 |
| | § | |
| KARIE BOGART and | § | |
| MELANGE PAINTS, LLC | § | |
| (n/k/a LEGACY PAINTS, LLC), | § | |
| | § | |
|    Defendants. | § | |

**ORDER DENYING DEFENDANTS' JOINT RULE 12(b)(1) MOTION TO**
**DISMISS DUE TO LACK OF STANDING**

Pending before the Court is Defendants' Joint Rule 12(b)(1) Motion to Dismiss Due to Lack of Standing (Dkt. No. 7). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be DENIED.

It is SO ORDERED.

Signed this _____ day of _____, 2026.


_____

NICHOLAS J. GANJEI
UNITED STATES DISTRICT JUDGE