**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03062 |
| | § | |
| KARIE BOGART and | § | |
| MELANGE PAINTS, LLC | § | |
| (n/k/a LEGACY PAINTS, LLC), | § | |
| | § | |
|    Defendants. | § | |

**ORDER DENYING DEFENDANTS' RULE 12(b)(6) AND RULE 9(b) MOTION TO DISMISS AND BRIEF IN SUPPORT, ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT UNDER RULE 12(e)**

Pending before the Court is Defendants' Rule 12(b)(6) and Rule 9(b) Motion to Dismiss and Brief in Support, Alternatively, Motion for More Definite Statement Under Rule 12(e) (Dkt. No. 8). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be DENIED.

It is SO ORDERED.

Signed this _____ day of _____, 2026.

_____

NICHOLAS J. GANJEI
UNITED STATES DISTRICT JUDGE