**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03062 |
| | § | |
| KARIE BOGART and | § | |
| MELANGE PAINTS, LLC | § | |
| (n/k/a LEGACY PAINTS, LLC), | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS BASED ON RULE 12(b)(7) FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES**

Pending before the Court is Defendants' Joint Motion to Dismiss Based on Rule 12(b)(7) Failure to Join Necessary and Indispensable Parties (Dkt. No. 9). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be DENIED.

It is SO ORDERED.

Signed this _____ day of _____, 2026.

_____
NICHOLAS J. GANJEI
UNITED STATES DISTRICT JUDGE