**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03062 |
| | § | |
| KARIE BOGART and | § | |
| MELANGE PAINTS, LLC | § | |
| (n/k/a LEGACY PAINTS, LLC), | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS BASED ON RULE 12(b)(2), RULE 12(b)(3), ALTERNATIVELY MOTION FOR CHANGE OF VENUE UNDER 28 U.S.C. § 1404(a)**

Pending before the Court is Defendants' Motion to Dismiss Based on Rule 12(b)(2), Rule 12(b)(3), Alternatively Motion for Change of Venue Under 28 U.S.C. § 1404(a) (Dkt. No. 10). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be DENIED.

It is SO ORDERED.

Signed this _____ day of _____, 2026.


_____
NICHOLAS J. GANJEI
UNITED STATES DISTRICT JUDGE