**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC** | § | |
|    *Plaintiff,* | § | |
| | § | |
| | § | **Civil Action No. 4:26-cv-03062** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **KARIE BOGART AND MELANGE** | § | |
| **PAINTS, LLC (n/k/a LEGACY PAINTS,** | § | |
| **LLC)** | § | |
|    *Defendant.* | | |

## ORDER

### GRANTING MOTION (DKT. 7)

Pending before the Court are Defendants Karie Bogart and Mélange Paints, LLC (n/k/a Legacy Paints, LLC)'s Joint Rule 12(b)(1) Motion to Dismiss for Lack of Standing (Dkt. 7). After reviewing the Motion, the Response, the Reply, the record, and the applicable law, the Court is of the opinion that it should be, and hereby is, GRANTED, and that all claims against Defendants Karie Bogart and Mélange Paints, LLC (n/k/a Legacy Paints, LLC) should be, and hereby are, DISMISSED for lack of subject matter jurisdiction due to lack of Article III standing.

It is SO ORDERED.

Signed this _____ of _____, 2026.

_____
**NICHOLAS J. GANJEI**
**UNITED STATES DISTRICT JUDGE**

4931-3642-8983, v. 1