# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **Civil Action No. 4:26-cv-03062** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **KARIE BOGART AND MELANGE** | § | |
| **PAINTS, LLC (n/k/a LEGACY PAINTS,** | § | |
| **LLC)** | § | |
| *Defendant.* | | |

## ORDER

## GRANTING MOTION (DKT. 8)

Pending before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 8). After reviewing the Motion, the Response (Dkt. 20), the Reply, the record, and the applicable law, the Court is of the opinion that the Motion should be, and hereby is, GRANTED, and that Plaintiff's claims should be, and hereby are, DISMISSED.

It is SO ORDERED.

Signed this _____ of _____, 2026.

_____
**NICHOLAS J. GANJEI**
**UNITED STATES DISTRICT JUDGE**