**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **Civil Action No. 4:26-cv-03062** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **KARIE BOGART AND MELANGE** | § | |
| **PAINTS, LLC (n/k/a LEGACY PAINTS,** | § | |
| **LLC)** | § | |
| *Defendant.* | | |

## ORDER

### GRANTING MOTION (DKT. 9)

Pending before the Court is Defendants' Joint Rule 12(b)(7) Motion to Dismiss for Failure to Join Required Parties (Dkt. 9). After reviewing the Motion, the Response, the Reply, the record, and the applicable law, the Court is of the opinion that it should be, and hereby is, GRANTED.

The Court FINDS that Morgan Marchingo, Mélange Paints, LLC, and Ryan Schaub are required parties under Federal Rule of Civil Procedure 19(a).

It is therefore ORDERED that Plaintiff shall join Morgan Marchingo, Mélange Paints, LLC, and Ryan Schaub as parties within twenty-one (21) days of the date of this Order.

It is further ORDERED that all proceedings on the merits are STAYED pending joinder.

It is further ORDERED that, if Plaintiff fails to effect joinder within the time allowed, the Complaint shall be DISMISSED under Federal Rule of Civil Procedure 19(b).

It is SO ORDERED.

Signed this ____ of _____, 2026.


_____
**NICHOLAS J. GANJEI**
**UNITED STATES DISTRICT JUDGE**

4900-3257-8487, v. 1