**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **Civil Action No. 4:26-cv-03062** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **KARIE BOGART AND MELANGE** | § | |
| **PAINTS, LLC (n/k/a LEGACY PAINTS,** | § | |
| **LLC)** | § | |
| *Defendant.* | | |

## ORDER

### GRANTING MOTION (DKT. 10)

Pending before the Court is Defendant Mélange Paints, LLC (n/k/a Legacy Paints, LLC)'s Rule 12(b)(2) and Rule 12(b)(3) Motion to Dismiss and, Alternatively, Motion to Transfer Venue under 28 U.S.C. § 1404(a) (Dkt. 10). After reviewing the Motion, the Response, the Reply, the record, and the applicable law, the Court is of the opinion that it should be, and hereby is, GRANTED, and that all claims against Defendant Mélange Paints, LLC (n/k/a Legacy Paints, LLC) should be, and hereby are, DISMISSED for lack of personal jurisdiction and improper venue.

It is SO ORDERED.

Signed this _____ of _____, 2026.

_____
**NICHOLAS J. GANJEI**
**UNITED STATES DISTRICT JUDGE**

4931-3642-8983, v. 1