**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC**<br>*Plaintiff,* | § | |
| **v.** | § | **Civil Action No. 4:26-cv-03062** |
| **KARIE BOGART AND MELANGE PAINTS, LLC (n/k/a LEGACY PAINTS, LLC)**<br>*Defendant.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO SET ORAL REMOTE HEARING ON PENDING MOTIONS**

Before the Court is Defendants Karie Bogart and Legacy Paints, LLC (formerly Melange Paints, LLC)'s Motion to Set Oral Remote Hearing on Pending Motions (the "Motion"), filed under Local Rules 7.5 and 7.8 of the United States District Court for the Southern District of Texas. Having considered the Motion, the record, and the applicable law, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that a single, consolidated oral hearing shall be held on the following motions, each of which is fully briefed and pending before the Court:

(1) **Dkt No. 7** – Defendants' Joint Rule 12(b)(1) Motion to Dismiss for Lack of Standing, filed May 29, 2026;

(2) **Dkt No. 8** – Defendants' Rule 12(b)(6) and Rule 9(b) Motion to Dismiss and Brief in Support, Alternatively, Motion for More Definite Statement Under Rule 12(e), filed May 29, 2026;

(3) **Dkt No. 9** – Defendants' Joint Motion to Dismiss Based on Rule 12(b)(7) Failure to Join Necessary and Indispensable Parties, filed May 29, 2026; and

(4) **Dkt. No. 10** – Legacy's Rule 12(b)(2) and 12(b)(3) Motion to Dismiss and Alternative Motion to Transfer Venue to the District of Kansas under 28 U.S.C. § 1404(a), filed May 29, 2026.

IT IS FURTHER ORDERED that the hearing shall be conducted remotely, by videoconference, on the following date and time:

Date: ______________________________

Time: ______________________________

Videoconference access and instructions:

_______________________________________________

The parties shall appear at the hearing by videoconference using the access information set forth above or as otherwise provided by the Court.

SIGNED this ______ day of _____________________, 20____.

_________________________

UNITED STATES DISTRICT JUDGE