**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **GRAEBYRD VENTURES, LLC**<br>***Plaintiff,***<br><br>**v.**<br><br>**KARIE BOGART AND MELANGE PAINTS, LLC (n/k/a LEGACY PAINTS, LLC)**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 4:26-cv-03062** |

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

By: */s/ Philip P. Racusin*
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
PHILIP D. RACUSIN
SBN: 24054267
pracusin@hchlawyers.com
SARAH C. CATON
SBN: 24133625
scaton@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809

**ATTORNEYS FOR DEFENDANTS**

**DATE: 09/02/2026**

By: */ Brandon Leavitt (by permission)*
**Brandon James Leavitt**
Texas Bar No. 24078841
S.D. Tex. Bar No. 3070683
(214) 727-2055
brandon@uslawpros.com
LEAVITT AND ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd., Suite 140
Arlington, Texas 76017

**Attorney-in-Charge for Plaintiff**
**Graebyrd Ventures, LLC**

**DATE: 09/02/2026**