**ORDER TO TRANSFER**

This case is transferred to United States Magistrate Judge

___________________Richard W. Bennett_____________________

to conduct all further proceedings, including final judgment.

_________________________ ____________________________________________

Date United States District Judge