United States District Court
Southern District of Texas
**ENTERED**
September 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Graebyrd Ventures LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3062 |
| | § | |
| Karie Bogart, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE**

The parties in this case have waived their right to proceed before a United States District Judge and consented to have a United States Magistrate Judge preside over all further proceedings. Doc. 36. Accordingly, this case is transferred to United States Magistrate Judge Richard W. Bennett, who will "conduct . . . all proceedings" and "order the entry of judgment in the case." 28 U.S.C. § 636(c)(1).

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 8th of September, 2026.

Nicholas J. Ganjei
United States District Judge