IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRAEBYRD VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-03062 |
| | § | |
| KARIE BOGART AND MELANGE PAINTS, LLC (n/k/a LEGACY PAINTS, LLC), | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING THE PARTIES' JOINT**
**MOTION TO AMEND SCHEDULING ORDER**

Before the Court is the parties' Joint Motion to Amend Scheduling Order. Having considered the motion, the record, and the applicable law, the Court finds that the motion should be GRANTED.

**IT IS THEREFORE ORDERED** that paragraphs 1 and 2 of the Scheduling Order (ECF 34) are amended as follows:

1. **MOTIONS TO ADD NEW PARTIES:** thirty (30) days after the date of the Court's ruling on the motions pending at ECF 7, 8, 9, and 10.

2. **MOTIONS FOR LEAVE TO AMEND PLEADINGS:** thirty (30) days after the date of the Court's ruling on the motions pending at ECF 7, 8, 9, and 10. Any party seeking leave to amend pleadings after this date must show good cause.

**IT IS FURTHER ORDERED** that all other deadlines set forth in the Scheduling Order (ECF 34) remain in effect.

SIGNED this ______ day of ____________________, 2026.

____________________________________
RICHARD W. BENNETT
UNITED STATES MAGISTRATE JUDGE